UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOIS MOORE<br>4622 West Maricopa Drive<br>Eagle, Idaho  83616,<br><br>    and<br><br>ROBERT MOORE<br>4622 West Maricopa Drive<br>Eagle, Idaho  83616,<br><br>    and<br><br>JANA OREAR<br>P.O. Box 528<br>Genoa, Nevada  89411,<br><br>    and<br><br>CHRISTIANNE O'MALLEY<br>4005 Bull Rider Drive<br>Reno, Nevada  89521,<br><br>    and<br><br>MARK SAUTER<br>9512 Beck Court<br>Bethesda, Maryland  20817,<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTRAL INTELLIGENCE AGENCY<br>Washington, DC  20505,<br><br>    Defendant. | Civil Action No. |

COMPLAINT
(Freedom of Information Act, 5 U.S.C. § 552, as amended)

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, as amended, for the disclosure of Central Intelligence Agency ("CIA") records improperly withheld from plaintiffs.

<u>Preliminary Statement</u>

Korean War Air Force Captain Harry Cecil Moore piloted an F-51 Mustang night fighter, 67th Fighter Bomber Squadron.  On June 1, 1951, Harry flew one of six F-51's that had been enroute to conduct reconnaissance over North Korea when the Squadron was ordered to proceed north to provide close air support for a B-29 Bomber crew that had bailed out in enemy territory near the mouth of the Yalu River.  Flying at about 5,000 feet, the Squadron was attacked by six MiG-15 aircraft of the Soviet 303rd Fighter Aviation Division that had been patrolling along the river.

The Mustangs descended and split up into pairs and single flights.  Harry and another Mustang flew south along the coast trying to evade the MiGs.  One Mustang turned east and continued inland, while three MiGs chased Harry, hit his Mustang, which smoked, dropped, and landed gently in the Korean Gulf less than 100 feet from shore.  He was taken prisoner.  Communist forces transported him to the USSR, to Camp No. 18 near Potma, Mordovia, where, in 1952, he was interrogated by the Commander of Soviet 64th Fighter Aviation Corps.

On February 27, 1952, eight months after the shoot-down, the Chief of Naval Personnel wrote to the Judge Advocate General "that there is a possibility that Captain Moore survived and is now a prisoner of war."

But the government did not reveal to his wife, Louis Moore, or his brother, Bob Moore, that Harry may have been alive.  Instead, in December of 1953, it wrote them that Harry had been reclassified, from Missing-in-Action to Killed-in-Action.

Fifty years later, in 2002, the Pentagon informed Louis and Bob that evidence had been discovered by the US–Russia Joint Commission on POW/MIAs, relating that Harry had been a POW in the Soviet Union.  A decade later, in 2013, the Department of Defense provided Louis and Bob with a copy of the Chief of Naval Personnel's February 1952 memorandum relating that Harry may have been a POW.  In November of 2019, a researcher discovered a November 1953 report that "Lt Moore, fighter pilot, was interrogated at the interrogation center," in North Korea's Camp 5.

Harry Moore's story is memorialized in the documentary, *Keeping the Promise Alive*. *See* https://www.youtube.com/watch?v=kma3hwFRJ1w.

American Korean War POWs who were pilots and navigators were prime candidates to be sent to the Soviet Union and China.  The CIA gathered that intelligence.

## Jurisdiction

1.	The FOIA provides this Court jurisdiction over this matter.  Venue is appropriate under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391.

## Parties

2.	Plaintiff Lois Moore is an individual residing at 4622 West Maricopa Drive, Eagle, Idaho.  She is Harry Moore's widow.

3.	Plaintiff Robert Moore is an individual residing at 4622 West Maricopa Drive, Eagle, Idaho.  He is Harry Moore's brother.

4. Plaintiff Jana Orear is an individual who resides in Genoa, Nevada. She is Harry Moore's daughter.

5. Plaintiff Christianne O'Malley is an individual residing at 4005 Bull Rider Drive, Reno, Nevada. Ms. O'Malley is Harry Moore's granddaughter.

6. Plaintiff Mark Sauter is an investigative journalist and author.

7. Defendant Central Intelligence Agency ("CIA") is an agency within the meaning of 5 U.S.C. § 552(f) of the FOIA, and is in possession and or control of the records which are the subject of this action.

Facts

8. On November 25, 2019, plaintiffs submitted a FOIA request to the CIA, seeking disclosure of the following 21 items:

> Request 1
> For the period of March 16, 1954, through 1961, all records of CIA's efforts in undertaking "clandestine and covert action to locate, identify, and recover those U.S. prisoners of war still in Communist custody."
>
> Request 2
> Please provide an unredacted copy of this Report [attached January 5, 1952, *CIA Information Report*], together with all intelligence material upon which it was based, including reports, analysis, correspondence, signals intelligence, imagery, and live sighting reports.
>
> Request 3
> Please produce the [following] referenced [in attached July 15, 1952, CIA *Cross Reference Sheet*]:
>
> (a) July 15 1952 "Basic Communication;"
> (b) June 24, 1953 "Basic Document;"
> (c) Information described as "etcetera;"
> (d) POW information in, or otherwise "Routed to, C.I. File;"
> (e) POW information related to or bearing the "Cross Reference Number 040;" and
> (e) POW information related to or bearing the "Classification Number 383.6 Korea."

Request 4
All records regarding the June 1, 1951 shoot down and capture over North Korea of the American F-51 piloted by U.S. Air Force Captain Harry Cecil Moore, born February 11, 1924, in Elm Grove, West Virginia, service number AO 711850.

Request 5
All records upon which the following statement from February 27, 1952 Memo from Chief of Naval Personnel to Commanding General, Far East Air Force was based: "It is believed that there is a possibility that Captain Moore survived and is now a prisoner of war."

Request 6
All records regarding Captain Moore's incarceration and transportation from North Korea to the Soviet Union, his locations in the Soviet Union, and all evidence that he "may have been interrogated by Soviet officials."

Request 7
An unredacted version of the attached July 17, 1952, three page *CIA Information Report*, the subject of which is "Prisoner-of-War Camps in North Korea and China," subtitled "War Prisoner Administrative Office and Camp Classification," together with the materials upon which this Report was based, including reports, analysis, correspondence, signals intelligence, imagery, and live sighting reports.

Request 8
An unredacted copy of the attached December 31, 1953, *CIA Information Report*, regarding a USSR interrogation center in Korea, where, "after interrogation PWs were taken to the USSR," together with the materials upon which this Report was based, including reports, analysis, correspondence, signals intelligence, imagery, and live sighting reports.

Request 9
An unredacted copy of the attached March 24, 1954, *CIA Information Report* relating that "some PWs listed as missing were in fact turned over to the Soviets," and "will never be released because they will have learned too much about Soviet PW handling techniques," together with the materials upon which this Report was based, including reports, analysis, correspondence, signals intelligence, imagery, and live sighting reports.

Request 10
The unredacted, and complete, version of the attached April 23, 1954, *CIA Information Report*, "Subject Soviet Concentration Camps in the Vorkuta Area."

Request 11
The unredacted, and complete, version of the April 27, 1954, *CIA Information Report* relating "information regarding the presence of US prisoners captured during the Korean War" in camps in Komsomolsk, Magadan, Chita, and Irkutsk, USSR, together with the materials upon which this Report was based, including reports, analysis, correspondence, signals intelligence, imagery, and live sighting reports.  The first page of this three-page Report is enclosed.

Request 12
The unredacted, and complete, version of the attached December 8, 1954, *CIA Information Report*, "Subject Alleged American Held in Soviet Prison."

Request 13
On January 15, 1992, an individual who had been a KGB officer from 1974 to 1984 appeared at the US Embassy in Helsinki, Finland, and reported that, to "ease his conscience," he was reporting that "three Americans were still being held in the camps of Mordovia in July 1978."  The source "added that if necessary, he can provide more detailed information."  For reference, a copy of the January 23, 1992 cable from Embassy Helsinki to Secretary of State is attached.   Please produce any and all information related to this Report.

Request 14
A complete, and unredacted version of the attached March 9, 1988, *CIA Memorandum* to "US Army Chief, Special Office for Prisoners of War and Missing in Action," referencing two 1980 sightings and one 1988 sighting of "31 Caucasians, possibly American prisoners from the Korean war, in the fall of 1979," together with all intelligence material upon which this Report was based, including reports, analysis, correspondence, signals intelligence, imagery, and live sighting reports.

Request 15
All records relating to any of the POW/MIAs named in the attached list.

Request 16
Any and all records relating that any POW/MIAs may have been held in the prisons identified in the attached list of Russian prison camps.

Request 17

For the period beginning June of 1951, and continuing to the present time, please produce all POW records provided to, or receive from, any office of any component of the Department of Defense, including but not limited to:

    (a)    CCRAK.
    (b)    *Air Force 6004 Air Intelligence Service Squadron* during the tenure of "Project American."
    (c)    *Missing in Action Office*, including those provided in response to the attached February 12, 1997 letter from U.S. House of Representative James Talent seeking "intelligence pertaining to American prisoners who were taken to China and the Soviet Union during the war," as well as "(a) the 389 American service members who into the 1980s were listed as unaccounted prisoners of war by the United Nations Command Military Armistice Commission (UNCMAC) and (b) all US Air Force F-86 pilots who remain unrepatriated."
    (d)    *Air Force Office of Special Investigations*, or AFOSI.
    (e)    *Naval Criminal Investigative Service*, or NCIS.
    (f)    *Army Criminal Investigation Command*, or CID.
    (g)    U.S. Army *Combined Command Reconnaissance Activities Far East*, or CCRAFE.

Request 18

All POW records prepared by any officer, agent, or employee of the CIA, prepared for the Office of the President, including the *President's Daily Brief*, or PDB, that include information on the possibility of POWs being transferred to the Soviet Union or China.

Request 19

Any records reflecting communications with Members of Congress, or Congressional oversight committees concerning the capture of American airmen during the Korean conflict who may have been transported to the Soviet Union or China and their presumed fate.

Request 20

All records concerning POWs and KGB defector Yuri (or Yury) Rastvorov, who informed the United States Government that American military personnel were taken to the Soviet Union during the Korean conflict. This request includes an unredacted version of the attached page with the heading, "Terminology."

        Request 21
All intelligence material (including reports, analysis, correspondence, signals intelligence, imagery, and live sighting reports) concerning statements made by former Czech general Jan Sejna and other former Czech officials concerning US POWs held, interrogated and experiment on by Czech and Soviet advisors, and thereafter transferred to China, Czechoslovakia, East Germany and the Soviet Union.

9. Plaintiffs' FOIA request seeks defendant's productions in electronic format:

    Kindly produce these records in electronic format, PDF. *See* 5 U.S.C. § 552(a)(3)(B):  "In making any record available to a person under this paragraph, an agency shall provide the record in any form or format requested by the person if the record is readily reproducible by the agency in that form or format."

10. By letter dated December 10, 2019, the CIA acknowledged receipt of plaintiffs' FOIA request, writing, in part, "This is a quick acknowledgement to advise you that we received your request for a search and review of the following records..."

11. To date, the CIA has failed to substantively respond to plaintiffs' request for information.

12. Plaintiffs have constructively exhausted their administrative remedies by the CIA's failure to respond within twenty working days under 5 U.S.C. § 552 (b)(6)(A)(i).

## Count I
### (Prompt Disclosure)

13. Plaintiffs restate paragraphs 1-12 as if fully repeated here.

14. Plaintiffs have a statutory right to the records they seek, and there is no legal basis for the CIA's refusal to disclose them.

Count II
(<u>News Media Status</u>)

15.   Plaintiffs restate paragraphs 1-14 as if fully repeated here.

16.   Plaintiffs' November 25, 2019 letter requested status as a representative of the news media, and the administrative record demonstrates that plaintiff Mark Sauter is entitled to a waiver of search and review fees under 5 U.S.C. § 552 (a)(4)(A)(ii)(II).

WHEREFORE, Plaintiffs respectfully pray that this Court:

(1)   Order defendant grant plaintiff Mark Sauter status as representative of the news media under 5 U.S.C. § 552(a)(4)(A)(ii)(II);

(2)   Order defendant to conduct a thorough search for all responsive records;

(3)   Order defendant to promptly provide the information to plaintiffs, in electronic format, as requested; and

(4)   Award plaintiffs reasonable costs and attorneys' fees incurred in the prosecution of this action under 5 U.S.C. § 552 (a)(4)(E) and 28 U.S.C. § 2412(d).

DATE: April 20, 2020.

Respectfully submitted,

_____/ s/_____
John H. Clarke   Bar No. 388599
1629 K Street, NW
Suite 300
Washington, DC  20006
(202) 344-0776
Fax (202) 332-3030
johnhclarke@earthlink.net
*Attorney for Plaintiffs*